ACCEPTED
03-14-00117-CV
3936097
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:28:10 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00117-CV

| | | |
|---|---|---|
| NASH JESUS GONZALES and | § | IN THE COURT OF APPEALS |
| GONZALES & GONZALES, P.C., | § | |
| Appellants | § | |
| V. | § | THIRD JUDICIAL DISTRICT |
| | § | |
| MARISSA ANN GONZALES | § | |
| Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:28:10 PM
JEFFREY D. KYLE
Clerk

## AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT:

COMES NOW Appellee Marissa Ann Gonzales, and files her Agreed Motion for Extension of Time to File Appellee's Brief and respectfully shows the Court as follows:

## I.
### MOTION FOR EXTENSION OF TIME

This case is on appeal from the 200th Judicial District Court in Travis County, Texas. The appeal stems from the jury trial of a divorce and child custody/support suit.

Appellant filed his Brief with the Court on January 16, 2015. According to the Texas Rules of Appellate Procedure, Appellee's brief is due on February 16, 2015.

The Court has authority to grant an extension of time. Tex. R. App. P. 10.5(b). Appellee seeks an extension of time of 60 days to file her Brief, making

Page 1

April 17, 2015 the new deadline to file Appellee's Brief. Appellee just recently received an order of substitution of counsel on January 26, 2015. Appellee's counsel requests this extension of time due to their current case load including prior travel commitments. No previous extension of time to file Appellee's Brief has been requested or granted.

## II.
## CONCLUSION AND PRAYER

For the reasons discussed above, Appellee Marissa Ann Gonzales respectfully requests that the Court grant her Motion for Extension of Time and grant an additional 60 days in which to file her Brief, until April 17, 2015.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON, McGARR, KAMINSKI & SHIRLEY, LLP

C./Wilson Shirley III
State Bar No. 00795647
Jessica Marcoux Hall
State Bar No. 24046348
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
512-347-1604
512-347-1676 Facsimile
Email:     wilson@ssjmlaw.com
Email:     jessica@ssjmlaw.com
**ATTORNEYS FOR APPELLEE**

**AGREED:**

WASOFF & COWART, PLLC

_Thomas Cowart by permission_
_Jessica Hall_

Thomas B. Cowart
State Bar No. 00787295
100 North Central Expressway, Suite 901
Richardson, Texas 75080
214-692-9700
214-692-1979 Facsimile
Email:        tom@tcowart.com
**ATTORNEY FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Thomas Cowart, counsel for Appellants, by telephone on January 27, 2015 and he stated that he agrees to this Motion for Extension of Time to File Appellee's Brief.

_Jessica Marcoux Hall_
Jessica Marcoux Hall

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Substitution of Counsel has been served on the following via the Efile system on this 28th day of January, 2015:

Thomas B. Cowart, Via email: tom@tcowart.com
WASOFF & COWART, PLLC
100 North Central Expressway, Suite 901
Richardson, Texas 75080

_Jessica Marcoux Hall_
Jessica Marcoux Hall